FILED
2014 Oct-22  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE B. ALVERSON, *et al.*, individually on behalf of themselves and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 2:14-cv-01620-KOB |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Judge Karon O. Bowdre |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, | ) ) ) ) | **MOTION FOR APPEARANCE** ***PRO HAC VICE*** |
| Defendants. | ) ) | |

Pursuant to Local Rule 83.1(b), Daniel R. Warren respectfully moves the Court to enter an order permitting his appearance *pro hac vice* as counsel in this matter for Defendant Community Health Systems Professional Services Corporation.

1.  Mr. Warren is a member in good standing of the State Bars of Ohio and Illinois.  Mr. Warren resides and primarily practices in Ohio.  A certificate of good standing from the Supreme Court of Ohio is attached as Exhibit A.

2.  Mr. Warren has also been admitted to practice before the following courts:  The Supreme Court of the United States, the United States Courts of Appeals for the First, Second, Sixth, and Seventh Circuits, and the United States

District Courts for the Northern District of Ohio, Southern District of Ohio, Northern District of Illinois, and Southern District of Illinois.

    3.    Mr. Warren agrees to abide by and conduct himself in accordance with the Local Rules and customary practices of the Northern District of Alabama, and has associated with Jimmy D. Parrish, a member of the Bar of the Northern District of Alabama, for purposes of this case.

    4.    With this motion, Mr. Warren has submitted payment to the Clerk of Courts in the amount of $50.00 for his appearance fee.  Mr. Warren has also registered for electronic filing through the Northern District of Alabama's website.

    ACCORDINGLY, Mr. Warren respectfully requests that the Court grant this motion, and enter an order permitting him to appear before and practice in this Court as counsel for Defendant Community Health Systems Professional Services Corporation in this case.

Dated:  October 22, 2014                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Daniel R. Warren | /s/ Jimmy D. Parrish |
| Daniel R. Warren | Jimmy D. Parrish |
| BAKER & HOSTETLER LLP | BAKER & HOSTETLER LLP |
| 1900 East Ninth Street, | SunTrust Center, Suite 2300 |
| Suite 3200 | 200 South Orange Avenue |
| Cleveland, Ohio 44114 | Orlando, FL 32801-3432 |
| Telephone:  (216) 620-0200 | Tel: 407.649.4048 |
| Facsimile:   (216) 696-0740 | Fax: 407.841.0168 |
| Email: dwarren@bakerlaw.com | Email: jparrish@bakerlaw.com |

*Attorneys for Defendant Community Health Systems Professional Services Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that I: (1) electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record, and (2) mailed, via First Class Mail with postage prepaid, to any unrepresented parties, on this 22nd day of October, 2014:

Donald W. Stewart
STEWART & STEWART, PC
1021 Noble Street, Ste. 110
Anniston, AL 36201

Greg W. Foster
T. Dylan Reeves
STEWART & STEWART
P.O. Box 721
Bessemer, AL 35021

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203

Community Health Systems, Inc.
c/o Ben Fordham
4000 Meridian Blvd.
Comm. Health Systems
Franklin, TN 37067-6325

                                        /s/ Jimmy D. Parrish