# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DENISE B. ALVERSON, et. al.,** ]<br>*Individually on behalf of themselves and* ]<br>*on behalf of all others similarly situated,* ]<br> ]<br> **Plaintiffs,** ]<br> ]  **CV14-BE-1620-S**<br>v. ]<br> ]<br>**COMMUNITY HEALTH SYSTEMS,** ]<br>**INC., et. al.,** ]<br> ]<br> **Defendants.** ]<br> ]<br> ] | |

## ORDER

This matter is before the court on Defendant CHSPSC's "Motion to Stay or Extension to Respond" (doc. 24) and "Community Health System, Inc.'s Notice of Joinder in Motion to Stay or Extension to Respond" (doc. 25), filed as a motion.  The court DEFERS RULING on the motions to stay, as the Plaintiff's *Preliminary* Response (doc. 27) indicates that she opposes the stay and plans to file a further response addressing that request.  Noting that it has already granted one extension of time to respond, the court GRANTS the alternative motions for a second extension of time *to this extent*: the deadline for both CHSPSC and CHSI to respond to the Plaintiff's operative complaint is now **Friday, November 14, 2014.**

DONE and ORDERED this 23rd day of October, 2014.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE