FILED

2014 Oct-28  PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | | |
|---|---|---|
| **DENISE B. ALVERSON, et. al.,** | ] | |
| *Individually on behalf of themselves and* | ] | |
| *on behalf of all others similarly situated,* | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | **CV14-BE-1620-S** |
| **v.** | ] | |
| | ] | |
| **COMMUNITY HEALTH SYSTEMS,** | ] | |
| **INC., et. al.,** | ] | |
| | ] | |
| **Defendants.** | ] | |
| | ] | |

## ORDER

This matter is before the court on Defendant CHSPSC's "Motion to Stay. . ." (doc. 24);

"Community Health Systems, Inc's Notice of Joinder in Motion to Stay ..." (Doc. 25), filed as a

motion; and "Riverview Regional Medical Center, LLC, Gadsden Regional Medical Center,

LLC, Foley Hospital Corporation, Anniston HMA, LLC, Gadsden Regional Physician Group

Practice LLC, and Affinity Hospital, LLC's Notice of Joinder in Motion to Stay or Extension to

Respond" (doc. 33), filed as a motion.  The court had previously deferred ruling (doc. 34) on

these motions to stay until after Plaintiffs' response, which she has now filed (doc. 35).  The

court DENIES these requests for a stay.

DONE and ORDERED this 28th day of October, 2014.

*Karon O. Bowdre*

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE