# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DENISE B. ALVERSON, *et al.*, individually on behalf of themselves and on behalf of all others similarly situated, | Case No. 2:14-cv-01620-KOB |
| | OPPOSED |
| Plaintiffs, | |
| | Judge Karon O. Bowdre |
| v. | |
| | **MOTION FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e) AND TO DISMISS UNDER RULE 12(b)(1)** |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, | |
| Defendants. | |

Pursuant to Rules 12(e) and 12(b)(1) of the Federal Rules of Civil Procedure, defendant Community Health Systems Professional Services Corporation (CHSPSC) respectfully moves the Court to strike plaintiffs' Second Amended Complaint and order the plaintiffs to provide a more definite statement of their claims, as well as to dismiss the claims of 19 of the 21 putative named plaintiffs for failure to allege a cognizable injury-in-fact.  The grounds for these requests are set forth more fully in the attached memorandum in support.  Prior to filing this motion, counsel for CHSPSC contacted plaintiffs' counsel and informed them of CHSPSC's intent to file a motion for a more definite statement.  The parties discussed the possibility of plaintiffs filing an amended complaint but did not reach an agreement at this time.

| | |
|---|---|
| Dated:  November 14, 2014 | Respectfully submitted, |
| | BAKER & HOSTETLER LLP |
| | /s/ Daniel R. Warren |
| Paul G. Karlsgodt (*admitted pro hac*) | Daniel R. Warren (*admitted pro hac*) |
| 1801 California St., Suite 4400 | David A. Carney (*admitted pro hac*) |
| Denver, CO 80202 | 1900 East Ninth Street, Suite 3200 |
| Telephone:  (303) 861-0600 | Cleveland, OH 44114 |
| Facsimile:  (303) 861-7805 | Telephone:  (216) 620-0200 |
| Email:  pkarlsgodt@bakerlaw.com | Facsimile:  (216) 696-0740 |
| | Email: dwarren@bakerlaw.com |
| | dcarney@bakerlaw.com |
| | Theodore J. Kobus, III (*admitted pro hac)* |
| | 45 Rockefeller Plaza |
| | New York, NY  10111-0100 |
| | Telephone: (212) 589-4200 |
| | Facsimile:  (212) 589-4201 |
| | Email: tkobus@bakerlaw.com |

*Attorneys for Defendant Community Health Systems Professional Services Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record on this 14th day of November, 2014:

Donald W. Stewart
Stewart & Stewart, PC
1021 Noble Street, Ste. 110
Anniston, AL 36201

Greg W. Foster
T. Dylan Reeves
Stewart & Stewart
P.O. Box 721
Bessemer, AL 35021

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203

Wynn Shuford
Elizabeth Huntley
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL  35203

/s/ Daniel R. Warren