# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | | |
|---|---|---|
| **DENISE B. ALVERSON, et. al.,** | ] | |
| *Individually on behalf of themselves and* | ] | |
| *on behalf of all others similarly situated,* | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | **CV14-BE-1620-S** |
| **v.** | ] | |
| | ] | |
| **COMMUNITY HEALTH SYSTEMS,** | ] | |
| **INC., et. al.,** | ] | |
| | ] | |
| **Defendants.** | ] | |
| | ] | |

## ORDER

This matter is before the court on motions to dismiss and motions for more definite statement: the Hospital Defendants' "Motion for More Definite Statement" (doc. 40); the Hospital Defendants' "Motion to Dismiss Pursuant to FRCP 12(b)(1)" (doc. 41); CHSPSC's "Motion for More Definite Statement under Rule 12(e) and to Dismiss under Rule 12(b)(1)" (doc. 42); and "Community Health System, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, for a More Definite Statement" (doc. 44).

The court notes that *if* it finds that a more definite statement is warranted, the filing of an Amended Complaint may potentially affect the ruling on the motions to dismiss based on standing.  Accordingly, the court SETS a briefing schedule on the motions for more definite statements but DEFERS setting a briefing schedule on the motions to dismiss.  The Plaintiffs shall respond to the *motions for more definite statement* on or before **December 15, 2014.**  The

reply, if any, shall be due on or before **January 12, 2015.**

All submissions shall comply as much as practicable with "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre.

DONE and ORDERED this 17th day of November, 2014.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE