# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DENISE B. ALVERSON, et al.,** *Individually on behalf of themselves and on behalf of others similarly situated;*     Plaintiffs, <br><br> v. <br><br> **COMMUNITY HEALTH SYSTEMS, INC., et al.** <br><br>     Defendants. | 2:14-cv-01620-KOB |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO COMMUNITY HEALTH SYSTEMS, INC.'S MOTION FOR MORE DEFINITE STATEMENT

COME NOW the Plaintiffs and, in Opposition to Community Health Systems, Inc.'s (hereinafter "CHS") Motion for More Definite Statement (Doc. 44), state as follows:

1. CHS did not file a memorandum of law in support of its Motion for More Definite statement and chose, instead, to adopt and incorporate the briefing by CHSPSC and The Hospital and Clinic Defendants. Therefore, in response to CHS's motion, Plaintiffs adopt and incorporate their Memoranda of Law filed in Opposition to CHSPSC and The Hospital and Clinic Defendants' Motions for More Definite Statement (Doc. 48; Doc. 49).

2.	If CHS does file a substantive Reply, Plaintiffs request an opportunity to respond.

                                Respectfully submitted,

                                /s/ Donald W. Stewart
                                Donald W. Stewart
                                Attorney for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
1021 Noble Street, Suite 110
Anniston, Alabama 36201
Phone: (256) 237-9311
Fax: (256) 237-0713
E-mail: DonaldWStewart5354@yahoo.com

                                /s/ Greg W. Foster
                                Greg W. Foster

                                /s/ T. Dylan Reeves
                                T. Dylan Reeves
                                Attorneys for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
P.O. Box 721
Bessemer, AL 35021
Phone: (205) 425-1166
Fax: (205) 425-5959
E-mail: Greg@stewartandstewar.net
       DReeves@stewartandstewart.net

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, on this 15th day of December, 2014:

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
*Counsel for the Hospital Defendant Class & the Clinic Defendant Class*

Wynn M. Shuford
Jackson R. Sharman, III
Jacob M. Tubbs
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
*Counsel for Defendant Community Health Systems, Inc.*

Daniel R. Warren
David A. Carney
Theodore J. Kobus, III
Jimmy D. Parrish
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
*Counsel for Defendant Community Health Systems Professional Service Corporation*

                            /s/ T. Dylan Reeves
                            Of Counsel