FILED
2015 Jan-27 PM 08:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DENISE B. ALVERSON, et al.,** *Individually on behalf of themselves and on behalf of others similarly situated;*     **Plaintiffs,** v. **COMMUNITY HEALTH SYSTEMS, INC., et al.**     **Defendants.** | 2:14-cv-01620-KOB OPPOSED |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD ADDITIONAL PARTY PLAINTIFFS

COME NOW the Plaintiffs, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and move the Court to grant leave to file a Third Amended Complaint that would only serve to add additional party plaintiffs, In support thereof, Plaintiffs state as follows:

1. Prior to filing this motion, the undersigned counsel conferred with defense counsel, who oppose this motion.

2. The proposed Third Amended Complaint is attached here to as Doc. 54-1.

3. This amendment only adds additional party plaintiffs to this case. Specifically, it adds fourteen additional party plaintiffs who are resident citizens of

Arkansas, Colorado, Idaho, Massachusetts, Mississippi, Missouri, New Jersey, New Mexico, Oregon, Utah, Vermont, Virginia, West Virginia, and the United Kingdom who treated at CHS facilities in Arkansas, Florida, Louisiana, Mississippi, Missouri, New Jersey, New Mexico, Texas, Washington, and West Virginia.

4. No additional causes of action or significant modifications (other than adding party plaintiffs) are contained in this amendment.

5. This matter is set for hearing before the Judicial Panel on Multidistrict Litigation on January 29, 2015. The addition of these plaintiffs, which provides further representation of the states affected by the data breach, may be a significant factor in the Panel's determination whether to consolidate similar cases into an MDL.

6. The defendants will not be prejudiced by this amendment.

WHEREFORE, premises considered, Plaintiffs respectfully request this Honorable Court to grant leave to file the Third Amended Complaint.

                                              Respectfully submitted,

                                              /s/ Donald W. Stewart
                                              Donald W. Stewart
                                              Attorney for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
1021 Noble Street, Suite 110
Anniston, Alabama 36201
Phone: (256) 237-9311

Fax: (256) 237-0713
E-mail: DonaldWStewart5354@yahoo.com

        /s/ Greg W. Foster
        Greg W. Foster

        /s/ T. Dylan Reeves
        T. Dylan Reeves
        Attorneys for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
P.O. Box 721
Bessemer, AL 35021
Phone: (205) 425-1166
Fax: (205) 425-5959
E-mail: Greg@stewartandstewar.net
       DReeves@stewartandstewart.net

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, on this 27th day of January, 2015:

| | |
|---|---|
| Richard E. Smith | Daniel R. Warren |
| Jonathan W. Macklem | David A. Carney |
| Jeremy L. Carlson | Theodore J. Kobus, III |
| J. Paul Zimmerman | Jimmy D. Parrish |
| CHRISTIAN & SMALL LLP | Paul G. Karlsgodt |
| *Counsel for the Hospital Defendant Class & the Clinic Defendant Class* | BAKER & HOSTETLER LLP |
| | *Counsel for Defendant Community Health Systems Professional Service Corporation* |

Wynn M. Shuford
Jackson R. Sharman, III
Jacob M. Tubbs
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
*Counsel for Defendant Community*

3

*Health Systems, Inc.*

/s/ T. Dylan Reeves
Of Counsel