# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DENISE B. ALVERSON, et al.,** *Individually on behalf of themselves and on behalf of others similarly situated;* | )<br>)<br>)<br>) |
| **Plaintiffs,** | ) **2:14-cv-01620-KOB** |
| v. | ) **OPPOSED** |
| **COMMUNITY HEALTH SYSTEMS, INC., et al.** | )<br>) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Joshua P. Hayes and enters his appearance as an additional attorney of record for Plaintiffs, in the above-referenced matter.

Respectfully submitted,

*/s/Joshua P. Hayes*
Joshua P. Hayes (asb-4868-h68h)
Prince, Glover & Hayes
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: jhayes@princelaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the Alabama Judicial System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
*Counsel for the Hospital Defendant Class & the Clinic Defendant Class*

Daniel R. Warren
David A. Carney
Theodore J. Kobus, III
Jimmy D. Parrish
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
*Counsel for Defendant Community Health Systems Professional Service Corporation*

Wynn M. Shuford
Jackson R. Sharman, III
Jacob M. Tubbs
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
*Counsel for Defendant Community Health Systems, Inc.*

Greg W. Foster
T. Dylan Reeves
STEWART & STEWART, PC
1826 3rd Ave. North, Ste. 300
Bessemer, AL 35020
*Counsel for Plaintiffs*

Donald W. Stewart
STEWART & STEWART, PC
1021 Noble Street, Suite 110
Anniston, Alabama 36201
*Counsel for Plaintiffs*

This the 31st day of March, 2015.

                                                  */s/Joshua P. Hayes*
                                                  Of Counsel