FILED

2015 Jul-15  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE: COMMUNITY HEALTH ) | MASTER FILE NO. |
| SYSTEMS, INC., ) | 15-CV-222-KOB |
| CUSTOMER SECURITY DATA ) | |
| BREACH LITIGATION ) | |
| (MDL 2595) ) | THIS DOCUMENT RELATES ONLY TO |
| ) | CASE 2:14-CV-1620-KOB |
| ) | |
| DENISE B. ALVERSON, ET. AL, ) | |
| INDIVIDUALLY ON BEHALF OF ) | AND |
| THEMSELVES AND ON BEHALF ) | |
| OF OTHERS SIMILARLY ) | |
| SITUATED; ) | |
| PLAINTIFFS ) | 2:14-CV-1620-KOB |
| V. ) | |
| ) | |
| COMMUNITY HEALTH SYS., ) | |
| INC., ET. AL. ) | |
| DEFENDANTS ) | |

## ORDER

This matter comes before the court on motions filed in *Alverson v. Community Health Systems, Inc.,* 14-CV-1620:   four motions filed by Defendants—"Motion for More Definite Statement" (doc. 40); "Motion to Dismiss Pursuant to FRCP 12(b)(1)" (doc. 41); "Motion for a More Definite Statement under Rule 12(e) and to Dismiss under Rule 12(b)(1)" (doc. 42); "Community Health Systems, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in

the Alternative, for a More Definite Statement" (doc. 44); as well as one motion filed by the Plaintiffs— "Plaintiffs' Motion for Leave to Amend Complaint to Add Additional Party Plaintiffs" (doc. 54).

On July 14, 2015, the court held a status conference in *In re Community Health Systems*, 15-CV-222, which is an MDL case consolidating the *Alverson* case and others for pretrial proceedings.  At that conference, the court orally lifted the stay previously entered (docs 3, at 4 & doc. 14, at 7, in 15-CV-222) affecting the *Alverson* case, and others, and the court subsequently has entered a written order confirming the oral lifting of the stay.  As stated on the record of the July 14, 2015 status conference, the court ORDERS as follows:

- with the express agreement of the Defendants, the court FINDS the Defendants' motions currently pending in *Alverson* (docs. 40, 41, 42, & 44) to be MOOT, in light of the filing of the Consolidated Class Action Complaint (doc. 27 in 15-CV-222) and other considerations;

- the court DEFERS ruling at this time on the Plaintiffs' motion to amend in *Alverson*, pending a determination regarding an appropriate procedural mechanism for inclusion of  Plaintiffs named in the Consolidated Class Action Complaint but not named in any underlying cases consolidated in the MDL.

DONE and ORDERED this 15th day of July, 2015.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE